**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William T. DAVIS, Jr., Defendant–
Appellant.**

**No. 01–6645.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

William T. Davis, Jr., pro se. Alan Hechtkopf, Robert Esten Lindsay, Grego-

---

ry Victor Davis, United States Department of Justice, Washington, DC, for appellee.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

William T. Davis, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Davis,* Nos. CR–97–682; CA–99–2192–4–12 (D.S.C. Mar. 72001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*